IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No: 7:23-CV-1600-D-BM

| | |
|---|---|
| JENNA JOHLIN-THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>WSFX, LLC,<br><br>Defendant. | ORDER GRANTING JOINT<br>MOTION TO STAY PROCEEDINGS |

FOR GOOD CAUSE SHOWN, further proceedings are stayed in this action until ten (10) days after this Court rules on Defendant WSFX, LLC's pending Motion to Dismiss.

SO ORDERED. This the **10** day of February, 2024.

JAMES C. DEVER III
United States District Judge