IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1600-D

| | | |
|---|---|---|
| JENNA JOHLIN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WSFX LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On August 8, 2024, defendant moved to dismiss plaintiff's amended complaint [D.E. 29] and filed a memorandum in support [D.E. 30]. Plaintiff did not respond, and the time to do so has expired.

For the reasons stated in defendant's memorandum of law [D.E. 30], the court GRANTS defendant's motion to dismiss [D.E. 29]. Plaintiff fails to plausibly allege a cognizable adverse action or a claim for constructive discharge. See [D.E. 30].

The court DISMISSES WITH PREJUDICE plaintiff's amended complaint.

SO ORDERED. This 18 day of November, 2024.

                                                      JAMES C. DEVER III
                                                     United States District Judge