UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JENNA JOHLIN-THOMPSON, ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> WSFX LLC, ) <br> ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:23-CV-1600-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered June 7, 2024 [D.E. 25] the court GRANTS defendant's motion to dismiss [D.E. 12] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1]. Plaintiff may file an amended complaint not later than June 28, 2024.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law [D.E. 30], the court GRANTS defendant's motion to dismiss [D.E. 29]. Plaintiff fails to plausibly allege a cognizable adverse action or a claim for constructive discharge. See [D.E. 30]. The court DISMISSES WITH PREJUDICE plaintiff's amended complaint.

This Judgment filed and entered on November 18, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

November 18, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk